IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| MICHAEL'S GRAIN FARM, INC. et al., | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) |
| | ) CASE NO: 3:17-cv-000320 |
| SYNGENTA AG, SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, SYNGENTA BIOTECHNOLOGY, INC. and SYNGENTA SEEDS, INC., | ) |
| | ) |
| *Defendants.* | ) |

## ORDER

Upon considering U.S. Syngenta Defendants' Unopposed Motion to Stay Pending Transfer by Judicial Panel on Multidistrict Litigation, it is ORDERED that the Motion is GRANTED. All proceedings in this case are STAYED until thirty days after the Judicial Panel on Multidistrict Litigation determines whether to transfer this action to an MDL proceeding and completes any transfer of the action pursuant to 28 U.S.C. § 1407. *See In re Syngenta MIR162 Corn Litig.*, MDL No. 2591.

**IT IS SO ORDERED.**

**DATED:** July 10, 2017

Judge Herndon
2017.07.10
16:28:19 -05'00'

UNITED STATES DISTRICT JUDGE